# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**LISA L. FARLEY,**

    **Plaintiff,**

v.                                                          Case No.:  2:18-cv-1104
                                                                 JUDGE GEORGE C. SMITH
                                                                 Magistrate Judge Deavers

**COMMISSIONER OF**
**SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This case is before the Court to consider the *Report and Recommendation* issued by the Magistrate Judge on February 18, 2020, recommending that the Court reverse the decision of the Commissioner and remand this case to the Commissioner and the ALJ for further consideration. (Doc. 15).  The time for filing objections to the *Report and Recommendation* has passed, and no objections have been filed to the *Report and Recommendation*.  Therefore, the Court **ADOPTS AND AFFIRMS** the *Report and Recommendation*.  The decision of the Commissioner of Social Security is hereby **REVERSED** and this case is **REMANDED** to the Commissioner and the ALJ pursuant to Sentence Four of § 405(g).

The Clerk shall remove Document 15 from the Court's pending motions list and enter judgment in favor of Plaintiff.

    **IT IS SO ORDERED.**

                                                             */s/ George C. Smith*
                                                             **GEORGE C. SMITH, JUDGE**
                                                             **UNITED STATES DISTRICT COURT**